

**THE UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI
DAVID CREWS, CLERK**

| | | |
|---|---|---|
| 203 GILMORE DRIVE<br>AMORY, MS 38821<br>TELEPHONE: (662) 369-4952<br><br>FACSIMILE: (662) 369-9569 | 911 JACKSON AVENUE<br>SUITE 369<br>OXFORD, MS 38655<br>TELEPHONE: (662) 234-1971<br><br>FACSIMILE: (662) 236-5210 | 305 MAIN STREET<br>ROOM 329<br>GREENVILLE, MS 38701<br>TELEPHONE: (662) 234-1971 |

Beau McPhail

v.                                                                             Civil Action No.     4:24cv2-DMB-JMV

Honorable State Court Judge Percy L. Lynchard

**TAKE NOTICE** that the above styled and captioned cause has been assigned to **Judge Debra M. Brown** and **Magistrate Judge Jane M. Virden.**

Please use the civil action number **4:24cv2-DMB-JMV** on all future documents.

DAVID CREWS, CLERK

Date:     January 9, 2024