# EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BEAU McPhail,<br>Plaintiff,<br><br>v.<br><br>PERCY L. LYNCHARD<br>Defendant. | Case No. 4:24-cv-002-DMB-JMV |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGEMENT

BEAU MCPHAIL, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant Percy L. Lynchard., pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, and in support of this application do show that:

A. A certified copy of the original complaint in this cause was forwarded to the Defendant by U.S. Postal Service Registered Mail on February 23, 2024, *see attached Exhibit "AA"*, to-wit:

[1]

    Grenada County Courthouse
    Office of the Chancery Court
    Judge Percy Lynchard,
    16 First Street
    Grenada, MS 38901

B.  A certified copy of the original complaint in this cause was forwarded to the Office of the Mississippi Attorney General by U.S. Postal Service Registered Mail on February 23, 2024, *see attached Exhibit "BB"*, to-wit:

    Office of the MS Attorney General
    550 High Street
    Jackson, MS 39201

C.  Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4 of the, Federal Rules of Civil Procedure;

D.  The defendant has neither answered nor otherwise responded formally to the Plaintiff S Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

E.  Copies of this Affidavit, the Motion seeking entry of default judgment and relevant attachments which are being filed herewith, have this date been mailed by U.S. Postal Service registered mail for service upon the defendant and upon the Attorney General of the State of Mississippi, postage prepaid.

F.  The complaint at issue here was filed in this Court on or about September 8, 2023, at which time the same was served on Defendant by personal independent process server. Plaintiff would show that complaint was summarily dismissed due to the fact he was underage *see docket of entries in suit previously files, attached hereto, marked Exhibit "CC"*.

G.  Plaintiff would also show that the complaint in interest here is one and the same complaint as previously files and which was served by process server on Defendant and which Plaintiff has been required pay to have filed a second time.

H.  Due presumably to the politically charged nature of the proceedings which stand to be affected by the successful outcome of this suit, the process server Movant formerly relied on for service of civil process refused to serve Defendant with the

[2]

complaint when his services were requested for this, the second filing of the same complaint.

Respectfully submitted,

By: /s/ Beau McPhail, Affiant
Beau McPhail, Pro Se
143 CR 380
Calhoun City, MS 38916

662.637.7207
kobwren@gmail.com
Date: April 21, 2024

Sworn to and subscribed, before me on this, the 2nd day of APR, 2024.

_____
NOTARY PUBLIC

My Commission Expires:
16 DEC 26

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 126264
BRYAN D. DAVIS, JR.
Commission Expires
Dec. 16, 2026
GRENADA COUNTY

[3]