# Exhibit "AA"

