# Exhibit "BB"

