# Exhibit "CC"

**4:23-cv-00174-DMB-DAS** McPhail v. Lynchard
Debra M. Brown, presiding
David A. Sanders, referral
**Date filed:** 09/08/2023
**Date terminated:** 10/05/2023
**Date of last filing:** 10/16/2023

## History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 09/08/2023 | ◑ Complaint |
| 2 | *Filed & Entered:* 09/08/2023 | ◑ Summons Issued |
| 3 | *Filed & Entered:* 09/08/2023 | ◑ Notice of Assignment |
| 4 | *Filed & Entered:* 09/13/2023 *Terminated:* 09/22/2023 | ◑ Motion for Recusal |
| 5 | *Filed & Entered:* 09/22/2023 | ◑ Order on Motion for Recusal |
| 6 | *Filed & Entered:* 10/04/2023 | ◑ Response to Order to Show Cause |
| 7 | *Filed & Entered:* 10/05/2023 | ◑ Order Dismissing Case |
| 8 | *Filed:* 10/05/2023 *Entered:* 10/10/2023 | ◑ Acknowledgment of Receipt |
| 9 | *Filed & Entered:* 10/16/2023 | ◑ Acknowledgment of Receipt |

| PACER Service Center |
|---|
| Transaction Receipt |



Jackson, MS 39201

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

[6]