

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS**
**CLERK**

203 Gilmore Drive
Amory, MS  38821

Telephone:  (662) 369-4952
Facsimile: (662) 369-9569

911 Jackson Avenue, Suite 369
Oxford, MS  38655
Telephone: (662) 234-1971
Facsimile: (662) 236-5210

305 Main Street, Suite 329
Post Office Box 190
Greenville, MS  38701

April 15, 2024

Beau McPhail

v.                                   Case No. 4:24-cv-002-DMB-JMV

Percy L. Lynchard

    **PLEASE TAKE NOTICE** that the following party(ies) are in default and Entry of Default should be requested pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure:

Percy L. Lynchard

**Failure to request an Entry of Default may result in a party of case being dismissed without prejudice for failure to prosecute.**

s/ David Crews
Clerk of Court -- by JLA

*To whom it may concern:*
*The enclosed documents are in response to this notice by your office.*

*BM*