# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BEAU McPhail,

Plaintiff,

v.        Case No. 4:24-cv-002-DMB-JMV

PERCY L. LYNCHARD

Defendant.

RECEIVED
AUG 1 2 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT IN SUPPORT OF MOTION FOR RONALD PALMER TO APPEAR AS NEXT FRIEND AND/OR NON-ATTORNEY COUNSEL FOR BEAU MCPHAIL

BEAU MCPHAIL, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff in the above captioned matter.

2. I hereby make application to have Ronald Palmer appear on my behalf as Next Friend and/or non-attorney counsel before this court, and in support of this application do state that:

    A. Ronald Palmer and I have developed a significant relationship through time spent discussing this case and time spent discussing other matters not related to this case. Ron has provided useful insight into questions I had including whether to join the military, whether it would be wise to relocate to certain areas of the country to pursue potential career choices other than the military, and many, many, many, other matters far to personal to disclose here.

    B. Ronald Palmer is dedicated to my best interest.

Respectfully submitted,

By: /s/ Beau McPhail

Beau McPhail, Pro Se
143 CR 380
Calhoun City, MS 38916

662.637.7207
beauregardmcphail@gmail.com
Date: ~~April 21, 2024~~
August 12, 2024

Sworn to and subscribed, before me on this, the 12th day of August, 2024.

NOTARY PUBLIC

My Commission Expires:
May 11, 2026