Beau Maphis
143 cr 330
Calhoun City, MS 38916

Northern Mississippi Federal District Court
Fed Building Room 369
911 Jackson Avenue East
Oxford, MS 38655