IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

BEAU McPHAIL,
Plaintiff,

v.     Case No. 4:24-cv-002-DMB-JMV

PERCY L. LYNCHARD
Defendant.

**MOTION FOR APPOINTMENT OF NEXT FRIEND**

Comes now, Justin McPhail, Petitioner herein, and requests appointment as next friend in the above-styled case. Petitioner is the father of the plaintiff, Beau McPhail.

_____ Date: 4/9/2025
Justin McPhail
143 CR 380
Calhoun City, MS
38916

**CONSENT TO ACT AS NEXT FRIEND**

I, Beau McPhail, plaintiff, nineteen years of age, do hereby consent to the appointment of Justin McPhail, my father, to act as next friend in the above-styled case.

_____ Date: 4/9/2025
Beau McPhail
143 CR 380
Calhoun City, MS
38916