# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BEAU McPhail,<br>Plaintiff,<br><br>v.<br><br>PERCY L. LYNCHARD<br>Defendant. | Case No. 4:24-cv-002-DMB-JMV |

## AFFIDAVIT OF BEAU MCPAHIL IN SUPPORT OF MOTION TO HAVE HIS FATHER, JUSTIN MCPHAIL, APPEAR AS NEXT FRIEND AND/OR NON-ATTORNEY COUNSEL

BEAU MCPHAIL, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff in the above captioned matter

2. I am nineteen years of age.

3. I hereby attest that it is my desire to have my father, JUSTIN MCPHAIL, appear on my behalf as Next Friend and/or non-attorney counsel before this court, and in support of this application do state that:

   A. Justin McPhail is my father and has been present, supportive, and dedicated to my best interests for my entire life.

   B. Justin McPhail and I have a very, very, significant relationship as father and son. Our relationship now than ever due to the trials we were subjected to in recent years as a result of the illegal actions of the Mississippi family court system as referenced in the above styled cause,

C. Justin McPhail is uniquely capable and suited to serve as non-attorney counsel to protect my interests in this matter.

D. Justin McPhail is dedicated to my best interest.

Respectfully submitted,

By: /s/ Beau McPhail

Beau McPhail, Pro Se
143 CR 380
Calhoun City, MS 38916
beauregardmcphail@gmail.com
Date: April 9, 2025

Sworn to and subscribed, Beau McPhail, appeared before me on this, the 9th day of, April 2025.

_Beauregard McPhail_

_Jaime Holland_
NOTARY PUBLIC

My Commission Expires:
9/16/28

