Susan McPhail
143 CR 380
Calhoun City, MS 38916

RECEIVED
JUL 07 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Northern MS Federal Court
Federal Building
411 Jackson Avenue East
Oxford, MS 38655

X-RAYED